IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

WILLIE MUNN                                                                                                    PLAINTIFF

VS.                                          CASE NO. 4:11-CV-4085

SHERIFF BUTCH MORRIS; and
JANA TALLANT                                                                                              DEFENDANTS

## ORDER

  Before the Court is the Report and Recommendation filed March 29, 2013 by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. (ECF No. 104). Judge Bryant recommends that Plaintiff's Motion for Summary Judgment (ECF No. 87) be denied as moot. The parties have not filed objections to the Report and Recommendation, and the time to object has passed. *See* 28 U.S.C. § 636(b)(1). Therefore, the Court adopts the Report and Recommendation *in toto*. Plaintiff's Motion for Summary Judgment (ECF No. 87) should be and hereby is **DENIED AS MOOT**.

  **IT IS SO ORDERED**, this 22nd day of April, 2013.

                         /s/ Susan O. Hickey
                         Susan O. Hickey
                         United States District Judge